**Order filed May 2, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00353-CV

_____

## IN THE INTEREST OF G.C. AND J.C., CHILDREN

**On Appeal from the County Court at Law No. 2**

**Ector County, Texas**

**Trial Court Cause No. CC2-2991-PC**

### O R D E R

The trial court terminated the parental rights of both parents of G.C. and J.C. Both parents filed an appeal. This appeal is accelerated, and so far as reasonably possible, this court must ensure that the appeal is brought to final disposition within 180 days of the date the notice of appeal was filed. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a).

Appellants' briefs are past due. This court previously extended Appellants' briefing deadline and informed Appellants by letter dated March 28, 2013, that their briefs were due to be filed on or before April 15, 2013, and that "no further

extensions shall be filed." Despite this court's March 28 letter, neither Appellant has filed a brief, and Appellant (J.C.) has filed in this court a motion for extension.

Upon consideration of the importance of the rights at issue in this case, we grant in part the motion for extension. Appellants' briefs are now due to be filed in this court on or before **May 9, 2013**. Appellee's brief will be due for filing on or before **May 29, 2013**. The court considers this to be a serious matter in light of the Texas Supreme Court guidelines in cases of this nature. The court will not look upon further requests for extension with favor, and the court will not grant such requests except in cases of extreme necessity. Workload is not a case of extreme necessity. This case will be submitted on briefs on **May 30, 2013**.

PER CURIAM

May 2, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.

2